# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JAMES MORRIS**                                                        **PETITIONER**

V.                     **NO. 2:21-CV-00145-JM-JTK**

**JOHN P. YATES,** *Warden*
**FCI Forrest City**                                                  **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this 25th day of February, 2022.

                                                                       _____
                                                                  UNITED STATES DISTRICT JUDGE