IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES MORRIS**                                                                                      **PETITIONER**

V.                                      **NO. 2:21-CV-00145-JM-JTK**

**JOHN P. YATES,** *Warden*
**FCI Forrest City**                                                                                  **RESPONDENT**

**JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

SO ADJUDGED this 25th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE